Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:   (714) 646-3721



FILED
JAN 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>Jose Iniguez-Delgado,<br>　　　　Defendant | Case No: 3:07-CR-03395-JM-1<br><br>**SUBSTITUTION OF ATTORNEY** |

JOSE INIGUEZ-DELGADO  hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, ZANDRA LOPEZ.

DATED: _Jose Iniguy Delgado_   18 - 1 - 08
　　　　　　　　　　　　　　　　　　　DEFENDANT

I consent to the above substitution.

DATED:  1-18-07   _____
　　　　　　　　　　　　　PRESENT ATTORNEY

307 CR 03395 JM

1

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 01/18/08  _____

NEW ATTORNEY

Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE COURT.

DATED: 1/18/08    APPROVED: _____

UNITED STATES DISTRICT COURT MAGISTRATE